MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    1301 Clay St., 3rd Floor
    Oakland, California 94612
    Telephone: (510) 637-3740
    Fax: (510) 637-3724
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-13-00107 YGR |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXCLUDE TIME UNDER THE SPEEDY |
| v. ) | TRIAL ACT AND SETTING STATUS |
| ) | CONFERENCE ON AUGUST 29, 2013 |
| ) | |
| JONATHAN YEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    The parties are set for a status conference before the Court on July 11, 2013. Defense counsel is still completing her investigation into this criminal case and the parties are discussing the possibility of resolving the case pursuant to a plea agreement. Defense counsel is also starting a jury trial on July 22 and a second jury trial on August 5. The parties take note that the Court is not available on August 1. Therefore, in order to allow defense counsel additional time

Stip. Req. to Exclude Time, No. CR-13-00107-YGR

to complete her investigation, and to allow the parties additional time to discuss resolving the case, and to allow for continuity of counsel, the parties are jointly requesting that the Court reschedule the status conference to August 29, 2013. This is the first time the parties have agreed to continue a status hearing in this case. The parties also agree that time is properly excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 11, 2013 to August 29, 2013. The parties agree, and the Court finds and holds, as follows:

1. Defense counsel believes that the exclusion of time is in the best interest of her client.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act from July 11, 2013 to August 29, 2013, based upon the need for effective preparation of counsel; specifically, to provide defense counsel an opportunity to complete her investigation and for the parties to finalize the details of a plea agreement. The defendant agrees to this exclusion on the condition that his right to bring a motion claiming Speedy Trial Act violations prior to July 11, 2013, shall remain preserved.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 11, 2013 to August 29, 2013, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from July 11, 2013 to August 29, 2013, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

5. A status conference is set for August 29, 2013, at 2:00 p.m.

///

///

///

IT IS SO STIPULATED:

DATED: July 9, 2013

        /S/
AARON D. WEGNER
Assistant United States Attorney

DATED: July 9, 2013

        /S/
ELLEN LEONIDA
Counsel for Jonathan Yen

IT IS SO ORDERED.

July 10, 2013

YVONNE GONZALEZ ROGERS
United States District Judge